UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL HEFFERNAN AND JEROME P. BROWN, AS TRUSTEES OF THE NEW ENGLAND HEALTH CARE EMPLOYEES WELFARE FUND and the NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND and ALMENA THOMPSON, as Trustee of the NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199 & THE CONNECTICUT NURSING HOMES UPGRADING FUND, | : : : : : : : : : : : | CIVIL ACTION NO.: 3:02CV1025(DJS) |
| Plaintiffs | | |
| V. | | |
| iCARE MANAGEMENT, LLC, CHELSEA PLACE CARE CENTER, LLC, TRINITY HILL CARE CENTER, LLC, and WINTONBURY CARE CENTER, LLC, | : : : : | |
| Defendants | : | APRIL 19, 2005 |

**JOINT MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**

The parties hereby jointly request a four-day extension of time, *nunc pro tunc*, until April 19, 2005, in which to file the enclosed Joint Trial Memorandum. The undersigned represent that the additional time was required in order to coordinate the completion and signing of the joint filing. Also, the undersigned counsel contacted chambers prior to the expiration of the period to

inform the Court of the status of the filing. This is the first request for an extension of time within which to file the Joint Trial Memorandum.

DEFENDANTS,

By *[signature]*
Jonathan M. Starble [ct15825]
Attorney at Law
1191 Farmington Avenue
West Hartford, CT 06107
Tel.: (860) 561-8881
Fax: (860) 561-8882
E-mail: starble@sbcglobal.net

PLAINTIFFS,

By _____[By Consent]_____.
John M. Creane [ct06081]
Michael E. Passero [ct11707]
Law Firm of John M. Creane
92 Cherry Street, P.O. Box 170
Milford, CT 06460
Tel.: (203) 878-2419
Fax: (203) 878-6021
E-mail: michaelpassero@snet.net