UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL HEFFERNAN, Trustee of New
England Health Care Emp. Welfare
Fund & New England Health Care Emp.
Pension Fund, ET AL          :
    Plaintiffs

v.                           : CIVIL NO.: 3:02cv1025(DJS)

ICARE MGMT, LLC, ET AL       :
    Defendants

## ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable __Alfred V. Covello__, United States District Judge, who sits in __Hartford__, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in __Hartford__ and bear the docket number __3:02cv1025(AVC)__. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this __8th__ day of July, 2005.

/s/DJS
Dominic J. Squatrito
United States District Judge