FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 NOV -8  A 9: 54

U.S. DISTRICT COURT
HARTFORD, CT.

PAUL HEFFERNAN ET AL.
Plaintiffs,

v.

ICARE MANAGEMENT, LLC, ET AL
Defendants.

CIVIL ACTION NO.
3:02CV1025 (AVC)

November 7, 2005

## MOTION TO SCHEDULE TRIAL DATE

Plaintiff Taft-Hartley, multiemployer benefit funds respectfully request that the remaining two issues reserved by Judge Squatrito for trial be scheduled for trial at the court's earliest opportunity. In support of this motion, plaintiff Funds represents that:

1.     Plaintiff Funds filed this ERISA Section 515 delinquency action more than three years ago, on June 14, 2002, seeking payment of delinquent contributions owed by defendant employers. The approximate principal amount of the delinquency owed to plaintiff Funds at the time this action was instituted was approximately one million ($1,000,000.00) dollars, exclusive of accrued interest. Since the employers have continued to miscalculate monthly contributions in the same manner that led to the original delinquency, the Funds estimate that the delinquent amount currently owed the Funds has tripled and now exceeds three million ($3,000,000) dollars, exclusive of interest. When the Funds required interest is added the total delinquency is well in excess of four million ($ 4,000,000.00) dollars.

2.     The majority of the defendants' original delinquency (disclosed by Fund audit) resulted from the defendants' failure to make contributions to the Funds for employees who work under

---

*Left margin (rotated text):*

November 17, 2005. GRANTED. The matter is scheduled for trial beginning at 10:00 am on March 7, 2006, and continuing through March 8, 2006.
SO ORDERED.

Alfred V. Covello, U.S.D.J.