UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL HEFFERNAN ET AL.<br>          Plaintiffs,<br><br>     v.<br><br>iCARE MANAGEMENT, LLC, ET AL<br>          Defendants. | CIVIL ACTION NO.<br>3:02CV1025 (AVC)<br><br><br><br>September 3, 2003 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 9(b)(2), plaintiffs hereby request a 10-day extension of time, until March 6, 2006, within which to file closing papers pursuant to Local Rule 41(b). In support of this motion plaintiffs' counsel represents as follows:

1. This is plaintiffs' first request for an extension of time within which to file closing papers in this case;

2. Plaintiffs' counsel has inquired of defendants' counsel and there is no objection to this request for an extension of time;

3. By letter dated January 26, 2006, plaintiffs reported that an agreement resolving the dispute underlying this action had been reached;

4. Under the terms of the parties' agreement, plaintiffs will file either a Stipulated Judgment or a Stipulated Withdrawal on or before March 2, 2006;

5. On January 30, 2006, the parties were notified that an order of dismissal will be entered in this case on February 24, 2006, pursuant to Local Rule Rule 41(b), unless closing papers are filed on or before that date [Dkt # 72];

6.      Under the terms of the parties settlement agreement, defendants have until March 1, 2006 to elect whether to enter into a Stipulated Judgment in this matter or to exercise an option that will permit this matter to be withdrawn.

Wherefore, Plaintiffs respectfully request a 10-day extension of time, until March 6, 2006, within which to file either a Stipulated Judgment or a Stipulated Withdrawal in this case.

**PLAINTIFFS,**
NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND

Dated: <u>February 9, 2006</u>    BY:   */s/ Michael E. Passero*
                                             Michael E. Passero, ct11707
                                             Law Firm of John M. Creane
                                             92 Cherry St., P.O. Box 170
                                             Milford, CT  06460
                                             (203) 878-2419 (voice)
                                             (203) 878-6021 (facsimile)

**C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing Plaintiffs' Motion For Extension of Time was sent by First Class Mail, postage prepaid, on February 9, 2006 to all counsel of record as follows:

Jonathan M. Starble, Esq.,
1191 Farmington Ave.
West Hartford, CT 06107

                                              */s/ Michael E. Passero*
                                              Michael E. Passero