## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2006 FEB 10  A 9: 51

U.S. DISTRICT COURT
HARTFORD, CT.

| PAUL HEFFERNAN ET AL.<br>Plaintiffs,<br><br>v.<br><br>iCARE MANAGEMENT, LLC, ET AL<br>Defendants. |
|---|

CIVIL ACTION NO.
3:02CV1025 (AVC)

February 9, 2006

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b)(2), plaintiffs hereby request a 10-day extension of time, until March 6, 2006, within which to file closing papers pursuant to Local Rule 41(b). In support of this motion plaintiffs' counsel represents as follows:

1. This is plaintiffs' first request for an extension of time within which to file closing papers in this case;

2. Plaintiffs' counsel has inquired of defendants' counsel and there is <u>no</u> objection to this request for an extension of time;

3. By letter dated January 26, 2006, plaintiffs reported that an agreement resolving the dispute underlying this action had been reached;

4. Under the terms of the parties' agreement, plaintiffs will file either a Stipulated Judgment or a Stipulated Withdrawal on or before March 2, 2006;

5. On January 30, 2006, the parties were notified that an order of dismissal will be entered in this case on February 24, 2006, pursuant to Local Rule Rule 41(b), unless closing papers are filed on or before that date [Dkt # 72];

February 13, 2006.
SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.

FILED 2006 FEB 13 P 3: 26 U.S. DISTRICT COURT