UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL HEFFERNAN AND JEROME P. BROWN, as Trustees of the NEW ENGLAND HEALTH CARE EMPLOYEES WELFARE FUND and the NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND and ALMENA THOMPSON, as Trustee of the NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199 & THE CONNECTICUT NURSING HOMES UPGRADING FUND<br>　　　　Plaintiffs,<br><br>v.<br><br>ICARE MANAGEMENT, LLC; CHELSEA PLACE CARE CENTER, LLC; TRINITY HILL CARE CENTER, LLC; WINTONBURY CARE CENTER, LLC<br>　　　　Defendants. | CIVIL ACTION NO.<br>3:02CV1025 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br>March 3, 2006 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the action be dismissed, with prejudice, without costs or fees to any party.

Wherefore, based upon the foregoing, this action is hereby dismissed, with prejudice.

**PLAINTIFFS**

Dated: 3/3/06          By: *[signature]*
John M. Creane, Esq., Fed. Bar. No. ct06081
Michael E. Passero, Esq., Fed. Bar No. ct11707
LAW FIRM OF JOHN CREANE
92 Cherry Street, P.O. Box 170
Milford, CT 06460-0170
Phone: (203) 878-2419
Fax: (203) 878-6021

**DEFENDANTS**

Dated: 3/6/06          By: *[signature]*
Jonathan M. Starble, Esq., Fed. Bar No. ct15825
LAW OFFICES OF JONATHAN M. STARBLE
1191 Farmington Avenue
West Hartford, CT 06107
Phone: (860) 561-8881
Fax: (860) 561-8882